UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>      Plaintiff,<br><br> v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH INSURANCE COMPANY, a foreign insurer,<br><br>      Defendants.<br><hr><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>      Third-Party Plaintiff,<br><br> v.<br><br>GREENWICH INSURANCE COMPANY, a foreign insurer,<br><br>      Third-Party Defendant. | Case No. 2:22-cv-0589 RSM-DWC<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT** |

  This matter came before the Court by the Stipulation of Third-Party Plaintiff Walsh Construction Company II, LLC and Third-Party Defendant Greenwich Insurance Company to Extend Time for Third-Party Defendant Greenwich Insurance Company to Respond to Third-Party Plaintiff Walsh Construction Company II, LLC's Complaint.

ORDER RE: STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT - 1
CASE NO. 2:22-cv-0589 RSM-DWC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   **IT IS SO ORDERED** that Third-Party Defendant Greenwich Insurance Company shall answer or otherwise respond to Third-Party Plaintiff Walsh Construction Company II, LLC's Complaint on or before September 22, 2022.

DATED this 25th day of August, 2022.

_____
David W. Christel
United States Magistrate Judge

PRESENTED BY:

LANE POWELL PC

By: s/ *Avin S. Singh*
    Stephania Denton, WSBA No. 21920
    dentons@lanepowell.com
    Avin S. Singh, WSBA No. 51759
    singha@lanepowell.com
Attorneys for Third Party Defendant Greenwich Insurance Company

ORDER RE: STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT - 2
CASE NO. 2:22-cv-0589 RSM-DWC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107