UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, ARCH SPECIALTY INSURANCE COMPANY,<br>        Defendants.<br><br>WALSH CONSTRUCTION COMPANY II, LLC,<br>        Third Party Plaintiff,<br>  v.<br><br>GREENWICH INSURANCE COMPANY,<br>        Third Party Defendant. | Case No. 2:22-CV-589-RSM-DWC<br><br>ORDER DIRECTING CLERK TO RENOTE MOTION FOR SUMMARY JUDGMENT |

The District Court has referred this action to United States Magistrate Judge David W. Christel. On May 25, 2023, Plaintiff Traveler's Property Casualty Company of America field a Motion for Summary Judgment, which is noted for the Court's consideration on June 16, 2023. Dkt. 32. On June 1, 2023, Defendant Arch Specialty Insurance Company filed a Motion for Summary Judgment, which is noted for the Court's consideration on June 23, 2023. Dkt. 36

ORDER DIRECTING CLERK TO RENOTE MOTION FOR SUMMARY JUDGMENT - 1

The Court directs the Clerk to re-note Plaintiff's Motion for Summary Judgment (Dkt. 32) for June 23, 2023, so the Motions for Summary Judgment can be considered simultaneously. *See* Local Civil Rule 7(k) ("[e]ven if the motion and cross motion are noted for different days, the court will typically consider them together").

Dated this 5th day of June, 2023.

David W. Christel
Chief United States Magistrate Judge