UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>                    Plaintiffs,<br>    v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH SPECIALTY INSURANCE COMPANY, a foreign insurer,<br><br>                    Defendants.<br>_____<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>                    Third Party Plaintiff,<br>    v.<br>GREENWICH INSURANCE COMPANY, a foreign insurer<br><br>                    Third Party Defendant. | No.  2:22-cv-0589- RSM-DWC<br><br>**STIPULATED MOTION AND ORDER RE SCHEDULING MOTIONS RELATED TO DUTY TO DEFEND SIMULTANIOUSLY**<br><br>**NOTED FOR JUNE 6, 2023** |

STIPULATED MOTION TO HEAR MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 1 of 3

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

1     The parties have conferred and agree that it is in the best interests of all parties, and for the efficiency of the Court, to hear all summary judgment motions pertaining to any duty to defend Walsh Construction Company II, LLC ("Walsh") in the underlying *King County v. Walsh* litigation simultaneously. This would include the summary judgment motions currently filed by Plaintiff (Dkt. #32) and Arch Specialty Insurance Company ("Arch") (Dkt. # 36) as well as the motions for partial summary judgment related to the duty to defend that Walsh and Greenwich Insurance Company ("Greenwich") intend to file. The Court re-noted Plaintiff's motion for summary judgment (Dkt. 38) to be heard at the same time as Arch's motion, and all parties agree to this stipulation re-noting those motions and setting a schedule for motions that Walsh and Greenwich intend to file follows LCR 7 (d).

    The parties propose that the noting date for Plaintiff's motion (Dkt. # 32) regarding duty to defend as well as Arch's Motion (Dkt. # 36) shall be Friday, July 14, 2023, and that any motions of Walsh and Greenwich related to the duty to defend Walsh will be filed in accordance with the time requirements of LCR 7 (d) to be noted for July 14, 2023.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

FRIEDMAN | RUBIN, PLLP

*s/Richard Dykstra*
Richard Dykstra, WSBA# 5114
Alexander E. Ackel, WSBA #52073
*Attorneys for Walsh Const. Co. II*

COZEN O'CONNOR

*s/William F. Knowles*
William F. Knowles, WSBA# 17212
Peter Berg, WSBA# 46757
*Attorneys for Arch Specialty Insurance Co.*

LETHER LAW GROUP

*s/N. Chance Laboda*
Thomas Lether, WSBA# 18089
N. Chance Laboda, WSBA #54273
*Attorneys for Travelers Property Casualty Co.*

LANE POWELL PC

*s/Avin S. Singh*
Stephania Denton, WSBA No. 21920
Avin S. Singh, WSBA No. 51759
*Attorneys for Third-Party Defendant Greenwich Insurance Co.*

STIPULATED MOTION TO HEAR MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 2 of 3

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

PURSUANT TO STIPULATION,

IT IS SO ORDERED that Plaintiff's Motion (Dkt. # 32) and Arch's Motion (Dkt. # 36) as well as all motions relating to duty to defend be noted simultaneously on Friday, July 14, 2023

DATED this 6th day of June, 2023.

*David W. Christel*
David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION TO HEAR MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 3 of 3

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446