The Hon. David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>                              Plaintiffs,<br>    v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH SPECIALTY INSURANCE COMPANY, a foreign insurer,<br><br>                              Defendants.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>                              Third Party Plaintiff,<br>    v.<br>GREENWICH INSURANCE COMPANY, a foreign insurer,<br><br>                              Third Party Defendant. | No. 2:22-cv-00589 RSM-DWC<br><br>**STIPULATED MOTION AND ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT FOR JULY 28, 2023**<br><br>**NOTED FOR CONSIDERATION: June 21, 2023** |

    The parties have conferred and agree that it is in the best interests of all parties, and for the efficiency of the Court, to simultaneously hear all summary judgment motions pertaining to whether Walsh has tendered defense to Arch Specialty Insurance Company ("Arch") and the other insurers' duty to defend Walsh Construction Company II, LLC ("Walsh") in the underlying

STIPULATED MOTION & ORDER RE-NOTING MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY FOR JULY 28, 2023
Case No. 2:22-cv-00589-RSM-DWC
Page 1 of 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

*King County v. Walsh* litigation. This would include the summary judgment motions currently filed by Plaintiff (Dkt. #32) and Arch (Dkt. # 36) as well as the motions for partial summary judgment related to the duty to defend that Walsh and Greenwich Insurance Company ("Greenwich") intend to file.  The Court re-noted Plaintiff's motion for summary judgment (Dkt. #38) to be heard at the same time as Arch's motion. Thereafter, the parties agreed and the Court issued an order to re-note Plaintiff's motion, Arch's motion, and any motions of Walsh and Greenwich related to the duty to defend for Friday, July 14, 2023 (Dkt. #39, Dkt. #40).

All parties now agree good cause exists for re-noting these aforementioned motions for a later date. All parties agree to this stipulation re-noting those motions and setting a schedule for motions that Walsh and Greenwich intend to file following LCR 7(d).  The parties propose that the noting date for Plaintiff's motion (Dkt. # 32) regarding duty to defend as well as Arch's motion (Dkt. # 36) shall be Friday, July 28, 2023, and that any motions of Walsh and Greenwich related to the duty to defend Walsh will be filed in accordance with the time requirements of LCR 7(d) to be noted for July 28, 2023.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

FRIEDMAN | RUBIN, PLLP

*s/ Richard Dykstra*
Richard Dykstra, WSBA# 5114
Alexander E. Ackel, WSBA #52073
*Attorneys for Walsh Const. Co. II*

COZEN O'CONNOR

*s/ William F. Knowles*
William F. Knowles, WSBA# 17212
Peter Berg, WSBA# 46757
*Attorneys for Arch Specialty Insurance Co.*

LETHER LAW GROUP

*s/ N. Chance Laboda*
Thomas Lether, WSBA# 18089
N. Chance Laboda, WSBA #54273
*Attorneys for Travelers Property Casualty Co.*

LANE POWELL PC

*s/ Avin S. Singh*
Stephania Denton, WSBA No. 21920
Avin S. Singh, WSBA No. 51759
*Attorneys for Third-Party Defendant Greenwich Insurance Co.*

STIPULATED MOTION  & ORDER RE-NOTING MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY FOR JULY 28, 2023
Case No. 2:22-cv-00589-RSM-DWC
Page 2 of 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  PURSUANT TO STIPULATION,

2  IT IS SO ORDERED that Plaintiff's Motion (Dkt. # 32) and Arch's Motion (Dkt. # 36) as

3  well as all motions relating to duty to defend be noted simultaneously on Friday, July 28, 2023

4  DATED this 22nd day of June, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION & ORDER RE-NOTING MOTIONS RELATED TO DUTY TO DEFEND SIMULTANEOUSLY FOR JULY 28, 2023
Case No. 2:22-cv-00589-RSM-DWC
Page 3 of 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107