The Hon. David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>                    Plaintiffs,<br>  v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH SPECIALTY INSURANCE COMPANY, a foreign insurer,<br><br>                    Defendants.<br><hr><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>                  Third Party Plaintiff,<br>  v.<br>GREENWICH INSURANCE COMPANY, a foreign insurer<br><br>                  Third Party Defendant. | No. 2:22-cv-0589 DWC<br><br>**STIPULATED MOTION AND ORDER STAYING CERTAIN ISSUES RELATED TO THE DUTY TO INDEMNIFY AND WALSH CONSTRUCTION COMPANY II, LLC'S EXTRACONTRACTUAL CLAIMS** |

STIPULATED MOTION AND ORDER STAYING AND BIFURCATING CERTAIN ISSUES RELATED TO INDEMNITY AND WALSH'S EXTRACONTRACTUAL CLAIMS
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 1 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

Per the parties' stipulation, on July 28, 2023, the Court will hear summary judgment motions pertaining to whether Walsh Construction Company II, LLC ("Walsh") has tendered its defense to Arch Specialty Insurance Company ("Arch") and the other insurers' duty to defend Walsh in the underlying *King County v. Walsh* litigation. *See* Dkt. # 43. ("the Underlying Case") Depending on the outcome of these Motions, the issues, proof, and questions of law at issue in this coverage action may be simplified. Additionally, the Underlying Case continues in litigation, with its trial date stricken, a stay entered while discretionary review sought, and a recent Court of Appeals decision remanding the Underlying Case for further proceedings. Therefore the results in the Underlying case will not be known for some time, and probably not before the Parties hereto in the coverage case are set to complete discovery, motion practice and a seven day jury trial set for February 5, 2024. The outcome of the Underlying Litigation will impact many of the issues, proof, and questions of law at issue in this action.

Accordingly, the parties have conferred and agree that it is in the best interests of all parties, and for the efficiency of the Court, that the Court strike the trial date in this matter along with all pre-trial deadlines. The parties also agree to stay all discovery and motion practice related to Walsh's extra-contractual claims and any issues related to indemnity coverage under any policy that is determined to provide Walsh with a duty to defend. This stay does not impact the currently pending motions, Travelers' claims against Arch, and issues of whether Walsh is entitled to defense or indemnity coverage under the terms of the "additional insured" endorsements in the Travelers and Greenwich policies.

The Parties also agree that the Court order them to present a Joint Status Report within thirty (30) days of the Court's ruling on the Motions to be heard on July 28, 2023, advising the Court as to whether any matters remain at issue for trial and if so, arrange for an Amended Order Setting Trial Date and related Dates.

STIPULATED MOTION AND ORDER STAYING AND BIFURCATING CERTAIN ISSUES RELATED TO INDEMNITY AND WALSH'S EXTRACONTRACTUAL CLAIMS
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 2 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

1     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

F<small>RIEDMAN</small> | R<small>UBIN</small>, PLLP

*s/Richard Dykstra*
Richard Dykstra, WSBA# 5114
Alexander E. Ackel, WSBA #52073
*Attorneys for Walsh Const. Co. II*

COZEN O'CONNOR

*s/William F. Knowles*
William F. Knowles, WSBA# 17212
Peter Berg, WSBA# 46757
*Attorneys for Arch Specialty Insurance Co.*

LETHER LAW GROUP

*s/N. Chance Laboda*
Thomas Lether, WSBA# 18089
N. Chance Laboda, WSBA #54273
*Attorneys for Travelers Property Casualty Co.*

LANE POWELL PC

*s/Stephania Denton*
Stephania Denton, WSBA No. 21920
Avin S. Singh, WSBA No. 51759
*Attorneys for Third-Party Defendant Greenwich Insurance Co.*

STIPULATED MOTION AND ORDER STAYING AND BIFURCATING CERTAIN ISSUES RELATED TO INDEMNITY AND WALSH'S EXTRACONTRACTUAL CLAIMS
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 3 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

PURSUANT TO STIPULATION,

IT IS SO ORDERED that all discovery and motion practice not related to Travelers' claims against Arch and the duty to defend, with the exception of issues relating to whether Walsh is entitled to defense or indemnity coverage under the terms of the "additional insured" endorsements in the Travelers and Greenwich policies, are stayed.

IT IS FURTHER ORDERED that the trial date in this matter along with all pre-trial deadlines are stricken.

IT IS FURTHER ORDERED that that parties shall advise the Court as to whether any matters remain at issue for trial and if so, arrange for an Amended Order Setting Trial Date and related Dates, within thirty (30) days of the Court's ruling on the Motions that are noted for the Court's consideration on July 28, 2023.

DATED this 11th day of July, 2023.

_____
David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION AND ORDER STAYING AND BIFURCATING CERTAIN ISSUES RELATED TO INDEMNITY AND WALSH'S EXTRACONTRACTUAL CLAIMS
Travelers v. Walsh Construction Co. II, et al., Case No. 20-cv-0589-DWC
Page 4 of 4

**FRIEDMAN | RUBIN® PLLP**
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446