UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH SPECIALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendants.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>Third Party Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a foreign insurer,<br><br>Third Party Defendant. | Case No. 2:22-cv-00589-RSM-DWC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBIT D TO THE DECLARATION OF STEPHANIA DENTON IN SUPPORT OF THIRD PARTY DEFENDANT GREENWICH INSURANCE COMPANY'S OPPOSITION TO THIRD PARTY PLAINTIFF WALSH CONSTRUCTION COMPANY II, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having read and considered the Unopposed Motion to Seal Exhibit D to the Declaration of Stephania Denton in Support of Third Party Defendant Greenwich's Opposition to

**ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBIT D TO THE DECLARATION OF STEPHANIA DENTON** - 1
Case No. 2:22-cv-00589-RSM-DWC

115249.0065/9449330.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Third Party Plaintiff Walsh Construction Company II, LLC's Motion for Partial Summary Judgment, HEREBY GRANTS the Motion (Dkt. 61) and permits Exhibit D to be filed under seal.

IT IS SO ORDERED.

DATED this 11th day of August, 2023.

_____
David W. Christel
Chief United States Magistrate Judge

**ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBIT D TO THE DECLARATION OF STEPHANIA DENTON** - 2
Case No. 2:22-cv-00589-RSM-DWC

115249.0065/9449330.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107