UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>WALSH CONSTRUCTION COMPANY II LLC, an Illinois Limited Liability Company; and ARCH SPECIAL INSURANCE COMPANY, a foreign insurer,<br><br>Defendants.<br><br>―――――――――――――――――<br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>Third Party Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a foreign insurer,<br><br>Third Party Defendant. | CASE NO. 2:22-CV-00589 RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF'S CROSS MOTION TO AMEND COMPLAINT FOR DECLARATORY RELIEF, CONTRIBUTION, AND SUBROGATION** |

Plaintiff Travelers Property Casualty Company of America ("Travelers") moves to amend its Complaint for Declaratory Relief, Contribution, and Subrogation. Dkt. 94. Plaintiff's

ORDER GRANTING PLAINTIFF'S CROSS MOTION TO
AMEND COMPLAINT FOR DECLARATORY RELIEF,
CONTRIBUTION, AND SUBROGATION - 1

proposed amended complaint is attached as Exhibit 2 to the Declaration of N. Chance Laboda. Dkt. 95-2. Defendant Walsh Construction Company is not opposed to the proposed amendment. Dkt. 103. Third Party Defendant Greenwich Insurance Company filed no response to the motion.

Accordingly, it is **ORDERED**:

1) Plaintiff Travelers Property Casualty Company of America's Motion to Amend (Dkt. 94) is **GRANTED**.

2) The Clerk shall docket the proposed amended complaint (Dkt. 95-2) as Plaintiff Travelers Property Casualty Company of America's Amended Complaint for Declaratory Relief, Contribution, and Subrogation.

DATED this 20th day of May, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S CROSS MOTION TO
AMEND COMPLAINT FOR DECLARATORY RELIEF,
CONTRIBUTION, AND SUBROGATION - 2