UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>                Plaintiff,<br><br>   v.<br><br>WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company; and ARCH SPECIALTY INSURANCE COMPANY, a foreign insurer,<br><br>                Defendants.| No. 2:22-cv-0589 RSM-BAT<br><br>**STIPULATED MOTION AND ORDER GRANTING DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: July 25, 2024** |
| WALSH CONSTRUCTION COMPANY II, LLC, an Illinois Limited Liability Company,<br><br>                Third Party Plaintiff,<br><br>   v.<br><br>GREENWICH INSURANCE COMPANY, a foreign insurer<br><br>                Third Party Defendant. | |

      Travelers Property Casualty Company of America (Travelers) and Walsh Construction Company II, LLC (Walsh) (hereinafter collectively referred to as "the releasing parties") hereby

STIPULATION AND ORDER OF
DISMISSAL – 1

1  stipulate and agree that all claims between them may be dismissed pursuant to Fed. R. Civ. P.
2  41(a)(1)(A)(ii).
3      The releasing parties further stipulate and agree that the dismissal of all claims between
4  them shall be with prejudice and without an award of fees or costs to any party.

DATED this 25th day of July 2024.

| LETHER LAW GROUP | FRIEDMAN RUBIN |
|---|---|
| /s/ Thomas Lether<br>Thomas Lether, WSBA #18089<br>/s/ N. Chance Laboda<br>N. Chance Laboda, WSBA #54273<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>P: (206) 467-5444/F: (206) 467-5544<br>tlether@letherlaw.com<br>claboda@letherlaw.com<br>*Counsel for Travelers Property Casualty Company of America* | /s/Richard Dykstra<br>Richard Dykstra, WSBA # 5114<br>/s/ Alexander Ackel<br>Alexander Ackel, WSBA #52073<br>1109 First Avenue, Suite 501<br>Seattle, WA 98101<br>Phone (206) 501-4446<br>Fax (206) 623-0794<br>rdykstra@friedmanrubin.com<br>aackel@friedmanrubin.com<br>*Counsel for Defendant Walsh Construction* |

## I.     ORDER

Based on foregoing Stipulation, it is hereby ORDERED:

1. That Travelers' claims against Walsh are hereby dismissed with prejudice;

2. That Walsh's counterclaims against Travelers are hereby dismissed with prejudice; and

3. This dismissal is effectuated without an award of fees or costs to any party.

DATED this 26th day of July, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL – 3